IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROYALE HATCHER,
D.O.C. # X62027,

     Plaintiff,

v.                                    4:23cv481–WS/MAF

RICKY DIXON, et al.,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed December 7, 2023. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction (ECF No. 3) be denied. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction (ECF No. 3) is

DENIED.

3. The clerk shall refer the case to the magistrate judge for further

proceedings.

DONE AND ORDERED this ___10th___ day of ___January___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE