IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROYALE HATCHER,
D.O.C. #X62027,

      Plaintiff,

v.                                              4:23cv481–WS/MAF

RICKY DIXON, et al.,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation

(ECF No. 13) docketed January 19, 2024. The magistrate judge recommends that

Plaintiff's case be dismissed without prejudice for failure to prosecute and failure

to comply with a court order. Plaintiff has filed no objections to the report and

recommendation.

Upon review of the record, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 13) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to prosecute and failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

5. The clerk shall mail a copy of this order to Plaintiff at the Reception and Medical Center, P.O. Box 628, Lake Butler FL (per the FDC website).

DONE AND ORDERED this ___19th___ day of ___February___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE